NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SUPERNUS PHARMACEUTICALS, INC.,**
*Plaintiff-Appellee*

**v.**

**ACTAVIS INC., WATSON LABORATORIES, INC. -
FLORIDA, NKA ACTAVIS LABORATORIES FL,
INC., ACTAVIS PHARMA, INC., WATSON
LABORATORIES, INC., ANDA, INC.,**
*Defendants-Appellants*

---

2016-1619

---

Appeal from the United States District Court for the District of New Jersey in No. 1:13-cv-04740-RMB-JS, Judge Renee Marie Bumb.

---

**JUDGMENT**

---

NICHOLAS F. GIOVE, Frommer Lawrence & Haug LLP, New York, NY, argued for plaintiff-appellee. Also represented by EDGAR HAUG, KEVIN GEORGEK, JONATHAN HERSTOFF, ANDREW SCOTT ROPER; DAMON MARCUS LEWIS, Washington, DC; WILLIAM CHARLES BATON, CHARLES M. LIZZA, Saul Ewing, LLP, Newark NJ.

CHARLES A. WEISS, Holland & Knight, LLP, New York, NY, argued for defendants-appellants. Also represented by NICHOLAS P. CHIARA, LESLIE JILL KUSHNER, HOWARD S. SUH, ERIC H. YECIES.

————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, CLEVENGER, and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 12, 2016        /s/ Peter R. Marksteiner
     Date             Peter R. Marksteiner
                      Clerk of Court